IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EMILY ARRINGTON,<br>an individual,<br><br>      Plaintiff,<br><br>v.<br><br>SOUTHERNCARLSON, INC., a foreign<br>for profit business corporation, d/b/a<br>Southern Fastening Systems,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 17-cv-529-CVE-JFJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Whereas, the claims against SouthernCarlson, Inc. have been fully resolved, Plaintiff and Defendant agree and consent to the dismissal of this action with prejudice, and the parties shall bear their own costs, including attorney's fees, incurred in this suit.

Respectfully submitted,

*/s/ Alisa G. Hopkins*
Charles L. Richardson, OBA No. 13388
Alisa G. Hopkins, OBA No. 31592
**Richardson Richardson Boudreaux**
7447 S. Lewis Ave.
Tulsa, OK 74136
(918) 492-7674 Phone
*Attorneys for Plaintiff*

Respectfully submitted,

*/s/ Rebecca S. Woodward*
Rebecca S. Woodward
Holden & Montejano
First Place
15 E. 5th Street, Suite 3900
Tulsa, OK   74103
*Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July 2018, a true and correct copy of the above and foregoing document has been transmitted electronically through the United States District Court Northern District of Oklahoma's CM/ECF filing system to the registered parties emails below:

Rebecca S. Woodward
Holden & Montejano
First Place
15 E. 5th Street, Suite 3900
Tulsa, OK  74103
Rebeccawoodward@holdenlitigation.com

/s/ Alisa G. Hopkins
For the firm